IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BILL MILLENKAMP and SUSIE MILLENKAMP, husband and wife, d/b/a MILLENKAMP CATTLE, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV 03-439-S-EJL |
| v. | ) ) | ORDER |
| DAVISCO FOODS INTERNATIONAL, INC., a Minnesota Corporation; and CARGILL INCORPORATED, a Delaware Corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Currently pending before the Court is Defendant Davisco's Motion to Compel Plaintiffs to produce a copy of the settlement agreement between Plaintiffs and Defendant Cargill. (Docket No. 112). The Court previously considered this Motion and entered an Order requiring counsel for the parties to personally meet and confer and then to file with the Court a report advising whether an agreement had been reached. (Docket No. 126). Counsel recently filed a report notifying the Court that (1) they have agreed to disclosure of the settlement agreement under a protective order, and (2) the Motion to Compel will be resolved if the Court enters the stipulated protective order. *Notice* (Docket No. 129); *see also Stipulated Mot. for Protective Order* (Docket No. 128). The Court has now reviewed and signed the proposed protective order, resolving the only request in Defendant Davisco's Motion to Compel. Accordingly, the Motion to Compel is moot.

Order-1-

**ORDER**

THEREFORE IT IS HEREBY ORDERED that Defendant Davisco's Motion to Compel Plaintiffs to produce a copy of the settlement agreement between Plaintiffs and Defendant Cargill (Docket No. 112) is DENIED as MOOT.



DATED: **January 4, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

Order-2-