C. Tom Arkoosh, #2253
David A. Heida, #6980
CAPITOL LAW GROUP, PLLC
301 Main Street
Post Office Box 32
Gooding, Idaho 83330
Telephone: (208) 934-8872
Facsimile: (208) 934-8873

Attorneys for Plaintiffs Millenkamp

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| BILL MILLENKAMP and SUSIE MILLENKAMP, husband and wife, d/b/a MILLENKAMP CATTLE, | ) | Case No. **CIV 03-439-S-EJL** |
| Plaintiffs, | ) | |
| v. | ) | **SATISFACTION OF JUDGMENT** |
| DAVISCO FOODS INTERNATIONAL, INC., a a Minnesota Corporation | ) | |
| Defendants. | ) | |

FOR VALUE RECEIVED, Davisco Foods International, Inc., a Minnesota Corporation, pursuant to Dist. Idaho Local Rule 58.2, does hereby declare wholly satisfied that certain Amended Judgment entered in the United States District Court For the District of Idaho,

Millenkamp, et. al. v. Davisco Foods, Int'l, Inc., et. al., 1:03-cv-00439-ELJ, which Amended Judgment was entered on July 20, 2010 (Docket No. [335]) in the total amount of $389,078.71 and the accrued interest thereon, said amount comprised of $378,086.42 pursuant to the Court's Order on Report & Recommendation, dated 7/9/10 (Docket No. [339]), and taxation of costs of $10,992.29 pursuant to the Amended Bill of Costs, dated 5/6/10 (Docket No. [335]).

DATED: This 18th day of January, 2012.

LOPEZ & KELLEY, PLLC

Tom Lopez
Attorneys for Davisco Foods, International, Inc.

STATE OF IDAHO )
)ss.
County of Ada )

On the 18th day of January, 2012, before me, a Notary Public in and for the State of Idaho, personally appeared before me Tom Lopez of the Firm Lopez & Kelley, as attorney for Davisco Foods, International, Inc., who acknowledged himself as such attorney to be authorized to execute the foregoing instrument for the purposes therein contained by signing the same.

IN WITNESS WHEREOF, I have hereto set my hand and official seal the day and year first above written.

TRACY SILTMAN
NOTARY PUBLIC
STATE OF IDAHO

Tracy Siltman
Notary Public for Idaho
Residing at Boise, ID
Commission expires 8-6-14

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to all parties on the electronic mail notice list.

Isaac [signature]