FILED

JAN 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BILL MILLENKAMP; SUSIE MILLENKAMP, husband and wife, dba Millenkamp Cattle,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>DAVISCO FOODS INTERNATIONAL, INC.,<br><br>        Defendant - Appellee. | Nos. 10-35013, 10-35664<br><br>D.C. No. 1:03-cv-00439-EJL-LMB<br>District of Idaho, Boise<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The parties' motion to dismiss is construed as a joint request to withdraw the motion for attorneys' fees filed by appellee Davisco Foods International, Inc., pursuant to the parties' settlement. So construed, the request is granted. The court shall take no further action on the motion for attorneys' fees.

GML/Appellate Commissioner